FILED

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO _TRANSOCEAN OFFSHORE DEEPWATER DRILLING, C/O CT CORPORATION 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY _MICHAEL SHANE LUCADO MR._

WHOSE ADDRESS IS _1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243_

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of _PLASH ISLAND RESORT LLC_
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR.
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____
Date

_____
Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO ___TRANSOCEAN, LTD., 4 GREENWAY PLAZA, HOUSTON, TX 77046___

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS _1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243_

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of ___PLASH ISLAND RESORT LLC___
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiffs/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____
Date                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO   BP, PLC, C/O CT CORP SYSTEMS 1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

| _____ | _____ |
| Date | Server's Signature |

| State of Alabama | SUMMONS | Case Number: |
|---|---|---|
| Unified Judicial System | - CIVIL - | 01-CV-2010-902180.00 |
| Form C-34 Rev 6/88 | | |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO

TRANSOCEAN DEEPWATER, INC, PARK TEN CENTRE 1311BROADFIELD BLVDSTE400, HOUSTON, TX 77084

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO    BP PRODUCTS NORTH AMERICA, C/O CSC LAWYERS INC SVC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104
_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN
ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS
COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE
OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO
YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS
DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____


_____        _____
Date                           Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN HOLDINGS, LLC, 4 GREENWAY PLAZA, STE700, HOUSTON, TX 77046

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH *THE CLERK OF THIS* COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____


_____          _____
Date                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO    TRITON ASSET LEASING GMBH, 24 GREENWAY PLAZA, HOUSTON, TX 77046

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____

Date                      Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP AMERICA INC., C/O CT CORP SYSTEMS 2 N JACKSON ST,STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                           Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

HALLIBURTON, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

*NOTICE TO*

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

*WHOSE ADDRESS IS* 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is *initiated upon the written request of*  PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                Server's Signature

| State of Alabama | **SUMMONS** | Case Number: |
| Unified Judicial System | - CIVIL - | 01-CV-2010-902180.00 |
| Form C-34  Rev 6/88 | | |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO   BP AMERICA PRODUCTION CO., C/O CT CORP SYSTEMS 2 N JACKSON ST,STE605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS  1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____              _____
Date                               Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO <u>M-I, LLC, C/O CAPITAL CORP SVCS,INC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104</u>

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY <u>MICHAEL SHANE LUCADO MR.</u>

*WHOSE ADDRESS IS* <u>1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243</u>

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____              _____
Date                                      Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP EXPLORATION & PRODUCTION INC, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                              Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

CAMERON INTERNATIONAL CORPORATION, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS  1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
    pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____
Date                Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

ANADARKO PETROLEUM CORP., C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC

pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____

Date                                                   Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

DRILQUIP, INC., ONE SHELL PLAZA 701 POYDRAS STREET, NEW ORLEANS, LA 70139

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS  1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  PLASH ISLAND RESORT LLC

pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____

Date                Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO      ANADARKO E & P CO, LP, C/O CT CORPORATION SYSTEM 2 N JACKSON ST,STE 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of      PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                                         Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

MOEX OFFSHORE 2007, 9 GREENWAY PLAZA, HOUSTON, TX 77046

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                                      Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO
TRANSOCEAN OFFSHORE DEEPWATER DRILLING, C/O CT CORPORATION 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR.<br>Plaintiff's/Attorney's Signature | |
|---|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                    Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

*NOTICE TO*   TRANSOCEAN, LTD., 4 GREENWAY PLAZA, HOUSTON, TX 77046

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

*WHOSE ADDRESS IS* 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR.<br>Plaintiff's/Attorney's Signature |
|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                              Server's Signature

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP, PLC, C/O CT CORP SYSTEMS 1200 SOUTH PINE ISLAND RD, PLANTATION, FL 33324

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s MICHAEL SHANE LUCADO MR.
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

Date      Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO

TRANSOCEAN DEEPWATER, INC, PARK TEN CENTRE 1311BROADFIELD BLVDSTE400, HOUSTON, TX 77084

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                                  Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP PRODUCTS NORTH AMERICA, C/O CSC LAWYERS INC SVC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

TRANSOCEAN HOLDINGS, LLC, 4 GREENWAY PLAZA, STE700, HOUSTON, TX 77046

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of ___ PLASH ISLAND RESORT LLC

pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____

Date                             Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO ___TRITON ASSET LEASING GMBH, 24 GREENWAY PLAZA, HOUSTON, TX 77046___

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY __MICHAEL SHANE LUCADO MR.__

WHOSE ADDRESS IS __1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243__

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   __PLASH ISLAND RESORT LLC__
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____         _____
Date                                   Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO  BP AMERICA INC., C/O CT CORP SYSTEMS 2 N JACKSON ST,STE 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR.<br>Plaintiff's/Attorney's Signature |
|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____
Date                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO  HALLIBURTON, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS  1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____         _____
Date                            Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

BP AMERICA PRODUCTION CO., C/O CT CORP SYSTEMS 2 N JACKSON ST,STE605, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
| --- | --- | --- |
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
| --- | --- |
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____        _____
Date                        Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO <span style="font-size:small">M-I, LLC, C/O CAPITAL CORP SVCS,INC 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104</span>

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
   pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR.<br>Plaintiff's/Attorney's Signature |
|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

NOTICE TO   BP EXPLORATION & PRODUCTION INC. C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested

/s MICHAEL SHANE LUCADO MR.
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                       Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

CAMERON INTERNATIONAL CORPORATION, C/O CT CORP SYSTEMS 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR.<br>Plaintiff's/Attorney's Signature |
|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                _____
Date                                              Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

ANADARKO PETROLEUM CORP., C/O CT CORP SYSTEMS 2 N JACKSON ST, STE605, MONTGOMERY, AL 36104
NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN
ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS
COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE
OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO
YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS
DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR.<br>Plaintiffs/Attorney's Signature |
|---|---|

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____          _____
Date                         Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>01-CV-2010-902180.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

DRILQUIP, INC., ONE SHELL PLAZA 701 POYDRAS STREET, NEW ORLEANS, LA 70139

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of ___PLASH ISLAND RESORT LLC___
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____
Date                                          Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2010-902180.00 |
|---|---|---|

### IN THE CIVIL COURT OF JEFFERSON, ALABAMA
### SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

ANADARKO E & P CO, LP, C/O CT CORPORATION SYSTEM 2 N JACKSON ST,STE 605  MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY MICHAEL SHANE LUCADO MR.

WHOSE ADDRESS IS 1 Perimeter Park South, Ste 125 S, BIRMINGHAM, AL 35243 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    PLASH ISLAND RESORT LLC
pursuant to the Alabama Rules of the Civil Procedure

| 1/17/2011 3:59:52 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

| ☑ Certified mail is hereby requested | /s MICHAEL SHANE LUCADO MR. |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____        _____
Date        Server's Signature



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MICHAEL SHANE LUCADO MR.
slucado@lucadolaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:      1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

*IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA*

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date: 1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  PLASH ISLAND RESORT LLC (PRO SE)
C/O JOSEPH F YARBOROUGH
374 WEST CANAL DRIVE
GULF SHORES, AL 36542

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:    1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  JOSEPH JOE ALAN
jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:      1/17/2011 3:59:52 PM

*ANNE-MARIE ADAMS*
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  BENTON LEE RIMES
     lbenton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

*ANNE-MARIE ADAMS*
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To: HAZELTON AMY MAY
*ahazelton@bcattys.com*

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
*anne-marie.adams@alacourt.gov*



AlaFile E-Notice

01-CV-2010-902180.00

To:  BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:     1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

To:  ADAMS AMY DAVIS
aadams@balch.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following answer was FILED on 1/17/2011 3:59:52 PM

Notice Date:      1/17/2011 3:59:52 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov


ELECTRONICALLY FILED
1/18/2011 10:01 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

SYNOVUS BANK,                          )
Plaintiff,                             )
                                       )
V.                                     ) Case No.:  CV-2010-902180.00
                                       )
PLASH ISLAND RESORT LLC,               )
ROTENBERRY KEITH,                      )
LOCKHART LEWIS M.,                     )
ROWE RICHARD D. ET AL,                 )
Defendants.                            )

## ORDER

The hearing on all pending motions previously set for Tuesday, March 15, 2011 at 8:30 a.m. is hereby continued to **Monday, March 21, 2011 at 8:30 a.m. Please mark your calendars accordingly.**

**DONE this 18th day of January, 2011.**

**/s ROBERT S. VANCE**_____
**CIRCUIT JUDGE**



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  JOSEPH JOE ALAN
jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: LUCADO MICHAEL SHANE
slucado@lucadolaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  BENTON LEE RIMES
     lbenton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  ADAMS AMY DAVIS
aadams@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To: MOEX OFFSHORE 2007 (PRO SE)
9 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN OFFSHORE DEEPWATER DRILLING (PRO SE)
C/O CT CORPORATION
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

*IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA*

*SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL*
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN, LTD. (PRO SE)
4 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP, PLC (PRO SE)
C/O CT CORP SYSTEMS
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN DEEPWATER, INC (PRO SE)
PARK TEN CENTRE
1311BROADFIELD BLVDSTE400
HOUSTON, TX 77084

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP PRODUCTS NORTH AMERICA (PRO SE)
C/O CSC LAWYERS INC SVC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date: 1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN HOLDINGS, LLC (PRO SE)
4 GREENWAY PLAZA, STE700
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  TRITON ASSET LEASING GMBH (PRO SE)
24 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following matter was FILED on 1/18/2011 10:01:49 AM*

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
*CIRCUIT COURT CLERK*
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP AMERICA INC. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST,STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: HALLIBURTON (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  BP AMERICA PRODUCTION CO. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST,STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following matter was FILED on 1/18/2011 10:01:49 AM*

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: M-I, LLC (PRO SE)
C/O CAPITAL CORP SVCS,INC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP EXPLORATION & PRODUCTION INC (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: CAMERON INTERNATIONAL CORPORATION (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: ANADARKO PETROLEUM CORP. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following matter was FILED on 1/18/2011 10:01:49 AM*

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  DRILQUIP, INC. (PRO SE)
ONE SHELL PLAZA
701 POYDRAS STREET
NEW ORLEANS, LA 70139

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

*The following matter was FILED on 1/18/2011 10:01:49 AM*

Notice Date:     1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: ANADARKO E & P CO, LP (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST,STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 1/18/2011 10:01:49 AM

Notice Date:      1/18/2011 10:01:49 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

## Jan Myers

**From:** Jan Myers

**Sent:** Monday, February 21, 2011 3:59 PM

**To:** John Scott; Drake Blackmon

**Subject:** Express Oil Change v. ANB, et al. - 26182 - FYI

Wade Bice of McGriff, Seibels & Williams, Inc. and Amy Parkman of Enrollment Advisors, Inc. have been served with their Subpoena to Testify at a Deposition in this case. When Brandon (Source One) brought the returns of service to me he said Amy Parkman told him she didn't know what this was about. He told her maybe we needed her to testify about her expertise. She said yes, must be expert testimony. He showed her where your names/numbers are at the bottom of the subpoena and told her to call y'all if she has any questions.

Chris couldn't serve the two at Willis of Alabama, Inc./HRH because they were closed today. He will go back to serve them in the morning.

Jan Myers, Secretary to
John P. Scott, Jr. and Alfred H. Perkins, Jr.
Starnes Davis Florie LLP
P. O. Box 598512
Birmingham, AL  35259-8512
(205) 868-1806 (direct)
(205) 868-6000 (main)
(205) 868-6099 (fax)
jmm@starneslaw.com



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL

## JAN 1 9 2011

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL

01-CV-2010-902180.00

To:  CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

3ᴿᴰ P+y  Compl.

**TOTAL POSTAGE PAID FOR CERTIFIED MAIL: $130.56**

*Parties to be served by Certified Mail - Return Receipt Requested*

MOEX OFFSHORE 2007         T1                          Postage: $7.68
9 GREENWAY PLAZA
HOUSTON, TX 77046

7009 1680 0001 9567 2720

TRANSOCEAN OFFSHORE DEEPWATER DRILLING               Postage: $7.88
C/O CT CORPORATION
2 N JACKSON ST, STE 605        T2
MONTGOMERY, AL 36104

7009 1680 0001 9567 2737

TRANSOCEAN, LTD.                                      Postage: $7.68
4 GREENWAY PLAZA              T3
HOUSTON, TX 77046

7009 1680 0001 9567 2744

BP, PLC                                               Postage: $7.68
C/O CT CORP SYSTEMS
1200 SOUTH PINE ISLAND RD     T4
PLANTATION, FL 33324

7009 1680 0001 9567 2751

TRANSOCEAN DEEPWATER, INC                             Postage: $7.68
PARK TEN CENTRE              T5
1311 BROADFIELD BLVD STE 400
HOUSTON, TX 77084

7009 1680 0001 9567 2768

BP PRODUCTS NORTH AMERICA      T6                     Postage: $7.68
C/O CSC LAWYERS INC SVC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

7009 1680 0001 9567 2775

TRANSOCEAN HOLDINGS, LLC
4 GREENWAY PLAZA, STE700
HOUSTON, TX 77046

T7

Postage: $7.68

7009 1680 0001 9567 2782

TRITON ASSET LEASING GMBH
24 GREENWAY PLAZA
HOUSTON, TX 77046

T8

Postage: $7.68

7009 1680 0001 9567 2799

BP AMERICA INC.
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

T9

Postage: $7.68

7009 1680 0001 9567 2812

HALLIBURTON
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

T10

Postage: $7.68

7009 1680 0001 9567 2867

BP AMERICA PRODUCTION CO.
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

T11

Postage: $7.68

7009 1680 0001 9567 2805

M-I, LLC
C/O CAPITAL CORP SVCS, INC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

T12

Postage: $7.68

7009 1680 0001 9567 2850

BP EXPLORATION & PRODUCTION INC
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

T13

Postage: $7.68

7009 1680 0001 9567 2843

CAMERON INTERNATIONAL CORPORATION
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

T14

Postage: $7.68

7009 1680 0001 9567 2874

ANADARKO PETROLEUM CORP.
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

T15

Postage: $7.68

7009 1680 0001 9567 2836

DRILQUIP, INC.
ONE SHELL PLAZA
701 POYDRAS STREET
NEW ORLEANS, LA 70139

T16

Postage: $7.68

7009 1680 0001 9567 2829

ANADARKO E & P CO, LP
C/O CT CORPORATION SYSTEM
2 N JACKSON ST,STE 605
MONTGOMERY, AL 36104

Postage: $7.88

7009 1680 0001 9567 2881

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested



 CT Corporation

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com

# COPY

January 20, 2011

Robert S. Vance, Jr.
330 Jefferson County Courthouse,
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: Transocean Offshore Deepwater
Drilling

Case No. CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice, Order which we received regarding the above captioned matter.

*T 002*

~~Transocean Offshore Deepwater Drilling is not listed on our records or on the records of the State of AL.~~

Very truly yours,

Laura Payne
CT Rep

Log# 517903074

FedEx Tracking# 790732820267

cc: Jefferson County Circuit Court
Jefferson Co. Courthouse Room 400,
716 Richard Arrington, Jr. Blvd North,
Birmingham, AL 35203

FILED IN OFFICE

JAN 2 4 2011

ANNE-MARIE ADAMS
Clerk



 CT Corporation

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com

# COPY

January 20, 2011

Robert S. Vance, Jr.
330 Jefferson County Courthouse,
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: Transocean Offshore Deepwater
Drilling

Case No. CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice, Order which we received regarding the above captioned matter.
T 002
Transocean Offshore Deepwater Drilling is not listed on our records or on the records of the State of AL.

Very truly yours,

Laura Payne
CT Rep

Log# 517903074

FedEx Tracking# 790732820267

cc: Jefferson County Circuit Court
    Jefferson Co. Courthouse Room 400,
    716 Richard Arrington, Jr. Blvd North,
    Birmingham, AL 35203

FILED IN OFFICE

JAN 2 4 2011

ANNE-MARIE ADAMS
Clerk

 CT Corporation

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com

**COPY**

January 20, 2011

Robert S. Vance, Jr.
10th Judicial Circuit of Alabama
330 Jefferson County Courthouse,
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: Halliburton

Case No. CV-2010-902180

Dear Sir/Madam:

We are herewith returning the Notice, Order which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Halliburton. In order
that we may properly process the enclosed documents(s), we must be provided with the full name of the entity
for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the
document(s) to us and we will be glad to forward it on.

Very truly yours,

Laura Payne
CT Rep

Log# 517901591

FedEx Tracking# 790240987003

cc: Jefferson County Circuit Court
Jefferson Co. Courthouse Room 400,
716 Richard Arrington, Jr. Blvd North,
Birmingham, AL 35203

FILED IN OFFICE

JAN 2 4 2011

ANNE-MARIE ADAMS
Clerk

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _A.B.J_  ☒ Agent / ☐ Addressee <br> B. Received by ( Printed Name) <br> JAMES S. BELLAMY   C. Date of Delivery  JAN 2 4 2011 |
| 1. Article Addressed to: <br><br> M-I, LLC <br> C/O CAPITAL CORP SVCS,INC <br> 150 SOUTH PERRY STREET <br> MONTGOMERY, AL 36104 | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No <br> T 128 <br> CV 10 - 902180 |
| | 3. Service Type <br> ☒ Certified Mail    ☐ Express Mail <br> ☐ Registered    ☒ Return Receipt for Merchandise <br> ☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number <br> (Transfer from service label)   7009 1680 0001 9567 2850 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |



United States Postal Service
MONTGOMERY AL 360

24 JAN 2011   PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 25 2011

ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 203 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP AMERICA PRODUCTION CO.
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

1/24/11

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

CV10-902180 - 3rd Pty

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 1680 0001 9567 2805

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1840



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

05 JAN 2011 PM 3

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. N
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk

101

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HALLIBURTON
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 1680 0001 9567 2867

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



UNITED STATES POSTAL SERVICE

26 JAN 2011 PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box•

FILED IN OFFICE
JAN 27 2011
ANNE-MARIE ADAMS
Clerk

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANADARKO E & P CO, LP
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____ ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

TI7
CVIO-90218O - 3½ PM

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7009 1680 0001 9567 2881

PS Form 3811, February 2004          Domestic Return Receipt          195-02-M-1940



UNITED STATES POSTAL SERVICE

26 JAN 2011   PM 4

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
1/24/11

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

TRANSOCEAN OFFSHORE DEEPWATER DRILLING
C/O CT CORPORATION
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

T 2

CV10-902180  3AP PP

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 1680 0001 9567 2737

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

26 JAN 2011   PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. No.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
JAN 27 2011
ANNE-MARIE ADAMS
Clerk

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>☐ Agent<br>☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery   24/11 |
| 1. Article Addressed to:<br><br>BP EXPLORATION & PRODUCTION INC<br>C/O CT CORP SYSTEMS<br>2 N JACKSON ST, STE605<br>MONTGOMERY, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>TI3<br><br>CV10 902180-2004 |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009 1680 0001 9567 2843 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

SENDER: *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRANSOCEAN, LTD.
4 GREENWAY PLAZA
HOUSTON, TX 77046

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

T 3
CV10-902180-3RD Pty

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7009 1680 0001 9567 2744

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE
HOUSTON TX 77

24 JAN 2011 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G10

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
JAN 27 2011
ANNE-MARIE ADAMS
Clerk



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. N.
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _Mebrier_  ☐ Agent  ☐ Addressee  B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:  MOEX OFFSHORE 2007  9 GREENWAY PLAZA  HOUSTON, TX 77046 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No  CV10 - 902180 - 3½ PH |
| | 3. Service Type  ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.  4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number  (*Transfer from service label*)  7009 1680 0001 9567 2720 | |
| PS Form 3811, February 2004           Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent<br>☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_____  _____ |
| 1. Article Addressed to:<br><br>TRANSOCEAN HOLDINGS, LLC<br>4 GREENWAY PLAZA, STE 700<br>HOUSTON, TX 77046 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>CV10-902180-3 |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7009  1680  0001  9567  2782 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box•

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BP AMERICA INC.
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

T9
CV10-902180 - 3ER

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
*(Transfer from service label)*    7009 1680 0001 9567 2812

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. N.
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TRANSOCEAN DEEPWATER, INC
PARK TEN CENTRE
1311 BROADFIELD BLVD STE 400
HOUSTON, TX 77084

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                4/24/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

T5
CV10 - 902180 - 39 PH

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 1680 0001 9567 2768

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FILED IN OFFICE

JAN 2 8 2011

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

ANNE-MARIE ADAMS
Clerk

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAMERON INTERNATIONAL CORPORATION
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

T14

CVIO - 902180 - 3⁰ PI

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7009 1680 0001 9567 2874

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk



**CT Corporation**

2 North Jackson Street
Suite 605
Montgomery, AL 36104

800 592 9023 tel
www.ctlegalsolutions.com



## FILED IN OFFICE

~~January 25, 2011~~

JAN 26 2011

ANNE-MARIE ADAMS
Clerk

**COPY**

Michael Shane Lucaddo Mr.
Lucado Law Firm
One Perimeter Park South,
Suite 125 S,
Birmingham, AL 35243

Re: Synovus Bank, Pltf. vs. Plash Island Resort, LLC, et al., Dfts./Third Party Pltf. v. BP P.L.C., et al. including Transocean Offshore Deepwater Drilling, Third - Party Dfts.

Case No. 01-CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice, *Summons* (2sets), *Complaint, Certificate of Service, Service List* which we received regarding the above captioned matter.

T 002

Transocean Offshore Deepwater Drilling is not listed on our records or on the records of the State of AL.

Very truly yours,

*Laura Payne*

Laura Payne
CT Rep

Log# 517925780

FedEx Tracking# 790732997683

cc: Jefferson County Circuit Court
Jefferson Co. Courthouse Room 400,
716 Richard Arrington, Jr. Blvd North,
Birmingham, AL 35203

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

A. Signature
X _____  ☐ Agent
   James S. Bellam  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JAN 2 6 2011

1. Article Addressed to:

   BP PRODUCTS NORTH AMERICA
   C/O CSC LAWYERS INC SVC
   150 SOUTH PERRY STREET
   MONTGOMERY, AL 36104

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below        ☐ No

   CV10 -902180 - 3AD

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

   7009 1680 0001 9567 2775

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



UNITED STATES POSTAL SERVICE

28 JAN 2011 PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE

JAN 27 2011

ANNE-MARIE ADAMS
Clerk

• Sender: Please print your name, address, and ZIP+4 in this box •

ANNE-MARIE ADAMS, CLERK
ROOM 400 JEFF. CO. COURTHOUSE
716 RICHARD ARRINGTON JR BLVD
BIRMINGHAM, ALABAMA 35203

 **CT Corporation**

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com

**FILED IN OFFICE**

January 24, 2011

**JAN 27 2011**

**ANNE-MARIE ADAMS
Clerk**

Anne-Marie Adams, Clerk
Jefferson County Courthouse
Room 400,
716 Richard Arrington Jr Blvd. No.,
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort, LLC, et al., Dft., Plash Island Resort, LLC, Dft./Third Party Pltf. v. BP, P.L.C., et al., Dfts.

Case No. CV-2010-902180.00

Dear Madam:

We are herewith returning the Notice, Summons (2 sets), Third Party Complaint, Certificate of Service, List which we received regarding the above captioned matter.

TA

BP, P.L.C is not listed on our records or on the records of the State of FL.

Very truly yours,

*Ingrid Thornhill*

Ingrid Thornhill
Process Specialist

Log# 517926341

FedEx Tracking# 794352100160

cc: Anne-Marie Adams, Clerk
    Jefferson County Courthouse,
    716 Richard Arrington Jr Blvd. No.,
    Room 400,
    Birmingham, AL 35203

ELECTRONICALLY FILED
1/28/2011 4:14 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT FOR JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **SYNOVUS BANK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 2010-902180, previously** |
| | ) | **consolidated with CV-2010-902186** |
| **PLASH ISLAND RESORT, LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **PLASH ISLAND RESORT, LLC** | ) | |
| | ) | |
| **Defendant/Third Party Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BP P.L.C.; BP AMERICA INC.; BP** | ) | |
| **PRODUCTS NORTH AMERICA, INC.;** | ) | |
| **BP AMERICA PRODUCTION** | ) | |
| **COMPANY; BP EXPLORATION &** | ) | |
| **PRODUCTION INC.; ANADARKO** | ) | |
| **PETROLEUM CORPORATION;** | ) | |
| **ANADARKO E&P COMPANY, LP;** | ) | |
| **MOEX OFFSHORE 2007, LLC;** | ) | |
| **TRANSOCEAN LTD.; TRANSOCEAN** | ) | |
| **DEEPWATER, INC.; TRANSOCEAN** | ) | |
| **OFFSHORE DEEPWATER DRILLING,** | ) | |
| **INC.; TRANSOCEAN HOLDINGS,** | ) | |
| **LLC; TRITON ASSET LEASING** | ) | |
| **GMBH; HALLIBURTON ENERGY** | ) | |
| **SERVICES, INC.; M-I, LLC;** | ) | |
| **DRILQUIP, INC.; CAMERON** | ) | |
| **INTERNATIONAL CORPORATION** | ) | |
| ***F/K/A* COOPER CAMERON** | ) | |
| **CORPORATION; JOHN AND JANE** | ) | |
| **DOES A-Z; and CORPORATIONS A-Z** | ) | |
| | ) | |
| **Third Party Defendants.** | ) | |
| | ) | |

1896822 v1

## MOTION TO SEVER THIRD PARTY COMPLAINT AND REQUEST FOR HEARING

**COMES NOW** Plaintiff, Synovus Bank, formerly known as Columbus Bank and Trust Company, as successor in interest through name change and by merger with Coastal Bank and Trust of Florida, d\b\a Coastal Bank and Trust (collectively "Synovus" or "Plaintiff"), by and through its undersigned counsel, and hereby moves the Court to sever the third-party complaint (the "Third Party Complaint") filed by Defendant Plash Island Resort, LLC, ("Plash Resort") on January 17, 2011 in the above styled matter.  In further support of this motion (the "Motion"), Synovus shows unto the Court as follows:

### BACKGROUND

1.       On June 21, 2010, Synovus filed its complaint against the original Defendants in this matter alleging that they breached the terms of their respective contracts with Synovus, more specifically, that Defendant Plash Resort failed to pay Synovus the outstanding balance owed on a defaulted and matured loan, and that the remaining original Defendants have breached the terms of their respective continuing and unlimited guaranty agreements for failure to pay the same.

2.       On January 14, 2011, Synovus filed a motion for summary judgment against all the original Defendants which had appeared in the case.  The Court has set this motion for a hearing on March 15, 2011.

3.       Also on January 14, 2011, Synovus filed a motion for default judgment against Plash Resort in light of its failure to respond to Synovus' complaint within the requisite time period established in the Alabama Rules of Civil Procedure.

1890822 v1                                          2

4.     On January 17, 2011, Plash Resort filed its Third Party Complaint against numerous third party defendants ("Third Party Defendants") alleging liability solely based on tort claims related to the "Deepwater Horizon oil spill in the Gulf of Mexico" which occurred on April 20, 2010.

5.     Synovus is not a party to the Third Party Complaint and is not included in Plash Resort's list of Third Party Defendants.

6.     The remaining original Defendants, the guarantors of the Plash Resort Loan, are not parties to the Third Party Complaint, nor are they included in Plash Resort's list of Third Party Defendants.

## LEGAL ARGUMENT

**I.     Severance of the Third Party Complaint is Appropriate By the Very Terms of Rule 14.**

The authority for third-party practice is rooted in Rule 14 of the Alabama Rules of Civil Procedure. Rule 14(a), *When Defendant May Bring in Third Party*, states, in pertinent part:

At any time after commencement of the action a defending party, as a third-party plaintiff, may cause a summons and complaint to be served upon a person not a party to the action who is or may be liable to the third-party plaintiff for all or part of the plaintiff's claim against the third-party plaintiff.

(emphasis added) Ala. Civ. Pro 14(a). However, Rule 14, by its very terms, provides authority for severance of such claims wherein it states, "[a]ny party may move to strike the third-party claim, or for its severance or separate trial." *Id. See also Ex parte Athens-Limestone Hosp.*, 858 So.2d 960, 963 (Ala. 2003) ("A trial court has discretion in deciding whether to sever a third-party claim, and the Supreme Court will not overturn the trial court's order unless the trial court exceeded the permissible limits of its discretion.")

With respect to severing claims, the Alabama Supreme Court reiterated in *Ex parte Duncan Constr. Co.,* that "[i]n ruling on a motion to strike or sever, the trial court must weigh the need for one trial involving all issues and parties in furtherance of the stated purpose of [Rule 14] against the risk of substantial prejudice to the original parties resulting from an undue complication of issues and evidence because of the addition of the third-party defendants." 460 So.2d 852, 854 (Ala. 1984).    The stated purpose of third-party practice under Rule 14 is "to avoid multiple suits, to allow an entire controversy to be disposed of in one action, thereby saving time and cost and avoiding the serious handicap to the defendant of a time difference between the judgment against him and the judgment in his favor against the party liable over to him." *Ex parte Athens-Limestone Hosp.* 858 So.2d 960, 964 Ala.,2003 *citing Duncan Construction,* 460 So.2d at 854 *(quoting Ozley v. Guthrie,* 372 So.2d 860, 861 (Ala.1979); *see also* Committee Comments on 1973 Adoption, Rule 14, Ala. R. Civ. P.

Plash Resort's Third Party Complaint, by no means, serves to promote the stated purpose of Rule 14, and in fact, does just the opposite.    First, by its very nature, third-party practice affords a defending party the opportunity to join a party to a pending action "who is or may be liable to the third-party plaintiff for all or part of the plaintiff's claim against the third-party plaintiff." Here, Plash Resort does not allege that the Third-Party Defendants are liable to it for the claims sought by Synovus, nor can it.    It is a simple reality that the repercussions, if any, from the Deepwater Horizon Oil Spill had nothing to do with the original Defendants' default on the Synovus Loan.

Second, the risk of substantial prejudice to the original parties heavily outweighs the need for one trial involving all issues asserted in this matter. As referenced above, Synovus' complaint and motion for summary judgment asserts claims and seeks damages sounding solely in contract

and relating strictly to the outstanding Loan at issue in this matter. Plash Resort's Third Party Complaint, on the other hand, asserts claims sounding exclusively in tort[1] and "seeks to compensate [Plash Resort] for their injuries and damages suffered, including but not limited to, diminution of property value and loss of income, as a result of the *Deepwater Horizon Oil Spill.*" (emphasis original).

Similarly, testimony and evidence with respect to Synovus' claims will focus exclusively on the contractual relationships between the original parties, and breach thereof.[2] Conversely, Plash Resort's Third Party claims will require a long drawn out discovery process all as to the proximate cause of the loss, if any, and alleged damages, if any, sustained by the property whose only link to Synovus is that is serves as collateral to the underlying Loan at issue in this case. These Third Party claims, by necessity, will require a substantial amount of expert testimony in addition to specific fact testimony on the extremely complicated issues involved. The necessary witness will have no bearing on Synovus' claims whatsoever and will not be able to provide any pertinent or relevant facts relating to the straight forward breach of contract case filed by Synovus. In other words, the best interests of the parties and the interest of justice and judicial efficiency dictate that this Court sever Plash Resort's Third Party Complaint from the pending action as the tort claims alleged in the Third Party Complaint will require a substantially unique discovery process none of which relates to the ultimate issue in Synovus' motion for summary judgment, i.e. did the original Defendants breach the terms of their respective contract with Synovus.

---

[1] None of which are asserted against the original parties to this action.

[2] Synovus submits that there is ample evidence already in the record for this Court to rule on the merits of its claim, hence the filing of its motion for summary judgment

Moreover, the failure to sever the Third Party Complaint will further prejudice Synovus in light of the very real possibility that this action could be removed and transferred to U.S. District Court for the Eastern District of Louisiana where it would be consolidated with numerous other Oil Spill related cases, adding increased, yet unneeded, time and expense. Furthermore, because the respective complaints involve determinations of completely separate questions of law and fact (and different parties), there is no risk of inconsistent judgments as any decisions reached by the Court as to the Synovus' claims, will have no effect on the Third Party claims. Although the prejudice to Synovus is readily apparent, severance of the Third Party Complaint would not prejudice Plash Resort because the severance of claims does not preclude a third-party plaintiff from proceeding against the additional defendants in a separate action created by the severance. *See Key v. Robert M. Duke Ins. Agency,* 340 So. 2d 781 (Ala. 1976). In short, Rule 14, and the stated purpose behind the same, favor complete severance of the Third Party Complaint.

**II.     The Third Party Complaint Misjoins the Third Party Defendants to This Action and Thus Severance of Said Complaint is Required.**

As additional grounds for a true severance of the Third Party Complaint, Synovus draws the Court's attention to Rule 21 of the Alabama Rules of Civil Procedure, which provides that, "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just. Any claim against a party may be severed and proceeded with separately." (emphasis added) Rule 21, Ala.R. Civ. P. By and through this Motion, Synovus seeks a true severance of the Third Party Complaint. "Severance" divides a lawsuit into two or more independent causes, each of which results in separate, final and enforceable judgment. To effectuate true severance, a judge should explicitly direct the

clerk to docket a new civil action and should explain how the new case should be styled. *See Opinion of the Clerk, Supreme Court of Alabama,* 526 So. 2d 584 (Ala. 1988). *See also New Acton Coal Mining Co., Inc. v. Woods,* 49 So.3d 181, FN4 (Ala. 2010) ("A significant distinction exists between an order separating trials under Rule 42(b) and one severing claims under Rule 21 because 'severed claims become independent actions with judgments entered independently, while separate trials lead to one judgment.'"); *Key v. Robert M. Duke Ins. Agency,* 340 So. 2d 781 (Ala. 1976) (An order of severance creates a new action and a final order in the severed claim is immediately appealable regardless of the status of the finality of claims in the proceeding from which the case was severed. An order granting a separate trial, not a severance, does not have such effect.)

Rule 21, *Misjoinder and Nonjoinder of Parties,* is the procedural counter-part to Rule 20 of the Alabama Rules of Civil Procedure. Rule 20(a), in its pertinent part, states that "[a]ll persons may be joined in one action as defendants if there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or <u>arising out of the same transaction, occurrence,</u> or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action...." (emphasis added) Rule 20, Ala.R. Civ. P.

Thus, "[i]n order to join defendants pursuant to Rule 20(a), both requirements imposed by the rule must be met: (1) the plaintiff must assert against each defendant a 'right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences,' and (2) there will arise in the action 'any question of law or fact common to all defendants.' A misjoinder occurs if either of the Rule 20(a) requirements is not satisfied. <u>Rule 21 provides for severance of claims if joinder of the claims was improper under Rule 20.</u>'" (emphasis added) *Ex parte Novartis Pharmaceuticals Corp.,* 975 So.2d 297, 299 (Ala. 2007).

7

*See also, Ex parte Alfa Life Ins. Corp.,* 923 So.2d 272 (Ala 2005) ("In exercising its discretion in deciding whether to sever claims, the trial court should consider the prejudice that may result to the parties if the claims are severed. Considerations of practicality, judicial economy, and the possibility of inconsistent results are also relevant in that regard."); *Ex parte Rudolph,* 515 So.2d 706 (Ala. 1987) ("[t]hough the rules allow virtually unlimited joinder of parties, the Committee Comments to Rule 20 make it clear that the trial court has 'ample powers, under Rules 20(b), 21 and 42(b), to ensure that the trial is conducted in the most convenient and least prejudicial manner.")

Although "there is no absolute rule for determining what constitutes a series of transactions or occurrences", *Id.,* it is clear from the face of the Third Party Complaint that the events giving rise to Plash Resort's third party claims, negligence and strict liability resulting the Deepwater Horizon Oil Spill, do not arise out of the same transaction which gave rise to Synovus' claims, i.e. the breach of various Loan Documents.

In a case similar to the one at hand, at least procedurally, the Alabama Supreme Court upheld the trial court's decision to sever tort claims filed in an underlying breach of contract dispute because of the lack of nexus between the facts surrounding the claims. In *Ex parte Am. Heritage Life Ins. Co.,* 46 So. 3d 474, 480-81 (Ala. 2010), the Court stated "[h]ere, there is little, if any, commonality between the claim against Garth and those against AHLIC. The claims against AHLIC assert claims sounding in contract, while the claim against Garth sounds in tort. The genesis of Day's claim against Garth is Garth's tortious assault and battery on Day, while the genesis of the claims against AHLIC is Day's purchase of the accident-plan insurance policy from AHLIC." Similarly, and as discussed above, Synovus' complaint and motion for summary judgment asserts claims and seeks damages sounding solely in contract and relating strictly to the

outstanding Loan at issue in this matter, whereas Plash Resort's Third Party Complaint asserts claims sounding exclusively in tort and relating to a catastrophic event which occurred months after Plash Resort's default on the Loan. Moreover, the Committee Comments to Rule 20 state that that rule "is intended to promote trial convenience, prevent a multiplicity of suits, and expedite the final determination of litigation by inclusion in one suit of all parties directly interested in the controversy." *See also S.E.B. v. J.H.B.*, 605 So.2d 1230, 1232 (Ala. Civ. App. 1992). For the reasons stated above, the Third Party Complaint flies in the face of the purpose of Rule 20, as it does with Rule 14.

In light of the foregoing. Synovus seeks an Order from this Court severing the Third Party Complaint from this action and instructing the clerk to docket a new civil action number for the matter. Alternatively, in the event this Court finds that the authority cited above, and the circumstances surrounding the claims asserted in this matter, do not justify a true severance, Synovus, pursuant to Rule 42(b) of the Alabama Rules of Civil Procedure and the reasons stated above, seeks an Order from this court establishing separate scheduling orders and trials for the two Complaints.[3]

**WHEREFORE**, based on the foregoing, Synovus moves the Court to enter an Order severing the Third-Party Complaint from the instant action and instructing the Clerk to establish a new civil action number for the same; alternatively, if a true severance is not warranted, Synovus requests and Order establishing separate scheduling orders and trials for the two Complaints.

DATED this the 28th day of January, 2011:

---

[3] The Committee Comments to Rule 42 states that "Ala. R. Civ. P. Rule 42(b) gives the trial court a virtually unlimited freedom to order separate trials of claims, issues, or parties, as may seem dictated by convenience and the desire to avoid prejudice."

_/s/ Clifton C. Mosteller_ _____ _____
Joe A. Mosteller (JOS004)
Clifton C. Mosteller (MOS035)
Burr & Forman LLP
420 North 20th Street
3400 Wachovia Tower
Birmingham, Alabama  35203

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by placing the same in postage-prepaid U.S. First Class Mail, by hand delivery, by fax, or by email on this the 28th day of January 2011:

Lee R. Benton
Amy Hazelton
2019 3rd Ave N
Birmingham, Alabama 35203

Plash Island Resort LLC
c/o Joseph F. Yarborough, Jr.
396 West 23rd Avenue
Gulf Shores, AL 36542

Transocean Deepwater, Inc.
Park Ten Centre, Suite 400
1311 Broadfield Boulevard
Houston, TX 77084

Moex Offshore 2007, LLC
9 Greenway Plaza
Houston, TX 77046

Transocean, Ltd.
4 Greenway Plaza
Houston, TX 77046

Triton Asset Leasing GmbH
24 Greenway Plaza
Houston, TX 77046

BP, plc
c/o CT Corporation System,
The Corporation Company
1200 South Pine Island Road
Plantation, FL 33324

BP Products North America
c/o CSC Lawyers
Incorporating Service
150 South Perry Street
Montgomery, AL 36104

BP America, Inc.
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

Halliburton
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

BP America Production Co.
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

M-I, LLC
c/o Capital Corporate Services,
Inc.
150 South Perry Street
Montgomery, AL 36104

Transocean Offshore
Deepwater Drilling
c/o CT Corporation
2 North Jackson Street
Suite 605
Montgomery, AL 36104

Anadarko Petroleum Corp.
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

Anadarko E&P Co., LP
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

R. Bruce Barze, Jr.
Amy Davis Adams
counsel for The Estate of Gary
L. Marcrum, Sr. and Marcrum
Development, L.L.C.
Balch & Bingham LLP
1901 Sixth Avenue North,
Suite 1500
Birmingham, Alabama 35203

Cameron International
Corporation
f/k/a Cooper Cameron
Corporation
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

BP Exploration & Production,
Inc.
c/o CT Corporation Systems
2 North Jackson Street
Suite 605
Montgomery, AL 36104

Transocean Holdings, LLC
4 Greenway Plaza
Suite 700
Houston, TX 77046-0406

DrilQuip, Inc.
One Shell Plaza
701 Poydras Street
New Orleans, LA 70139

_/s/ Clifton C. Mosteller_
OF COUNSEL

FILED
2/3/2011 10:22 AM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.: CV-2010-902180.00 |
| | ) |
| PLASH ISLAND RESORT LLC, | ) |
| ROTENBERRY KEITH, | ) |
| LOCKHART LEWIS M., | ) |
| ROWE RICHARD D. ET AL, | ) |
| Defendants. | ) |

## ORDER

The plaintiff's motion to sever the third-party complaint, filed by defendant Plash Island Resort, LLC, is GRANTED. Because the third-party complaint, filed on January 17, 2011, is based on a completely different nucleus of facts, the claims and defendants named therein are misjoined in this action.

Pursuant to Rule 21 of the Alabama Rules of Civil Procedure, the Court orders that the claims of the third party complaint be severed so as to constitute a completely separate civil action. The Clerk of the Court is directed to assign a new Civil Action number to said action and confirm whether the requisite filing fees have been paid.

DONE this 3rd day of February, 2011.

/s ROBERT S. VANCE
CIRCUIT JUDGE



**AlaFile E-Notice**

01-CV-2010-902180.00
Judge: COMPLEX LITIGATION DOCKET

To: JOSEPH JOE ALAN
jjoseph@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: MOSTELLER CLIFTON CHARLES
clifton.mosteller@burr.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: LUCADO MICHAEL SHANE
slucado@lucadolaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00
Judge: COMPLEX LITIGATION DOCKET

To: BENTON LEE RIMES
lbenton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  HAZELTON AMY MAY
ahazelton@bcattys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BARZE RONALD BRUCE JR
bbarze@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00
Judge: COMPLEX LITIGATION DOCKET

To: ADAMS AMY DAVIS
aadams@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To: DENNEY DAMON PATRICK
420 20TH ST N STE 3400
BIRMINGHAM, AL 35203

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To:  MOEX OFFSHORE 2007 (PRO SE)
9 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN OFFSHORE DEEPWATER DRILLING (PRO SE)
C/O CT CORPORATION
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN, LTD. (PRO SE)
4 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To: BP, PLC (PRO SE)
C/O CT CORP SYSTEMS
1200 SOUTH PINE ISLAND RD
PLANTATION, FL 33324

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN DEEPWATER, INC (PRO SE)
PARK TEN CENTRE
1311BROADFIELD BLVDSTE400
HOUSTON, TX 77084

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP PRODUCTS NORTH AMERICA (PRO SE)
C/O CSC LAWYERS INC SVC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: TRANSOCEAN HOLDINGS, LLC (PRO SE)
4 GREENWAY PLAZA, STE700
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To: TRITON ASSET LEASING GMBH (PRO SE)
24 GREENWAY PLAZA
HOUSTON, TX 77046

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP AMERICA INC. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST,STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: HALLIBURTON (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  BP AMERICA PRODUCTION CO. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

*Judge:* COMPLEX LITIGATION DOCKET

To:  M-I, LLC (PRO SE)
C/O CAPITAL CORP SVCS,INC
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: BP EXPLORATION & PRODUCTION INC (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  CAMERON INTERNATIONAL CORPORATION (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To: ANADARKO PETROLEUM CORP. (PRO SE)
C/O CT CORP SYSTEMS
2 N JACKSON ST, STE605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  DRILQUIP, INC. (PRO SE)
ONE SHELL PLAZA
701 POYDRAS STREET
NEW ORLEANS, LA 70139

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:      2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2010-902180.00

Judge: COMPLEX LITIGATION DOCKET

To:  ANADARKO E & P CO, LP (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYNOVUS BANK v. PLASH ISLAND RESORT LLC ET AL
01-CV-2010-902180.00

The following matter was FILED on 2/3/2011 10:22:21 AM

Notice Date:     2/3/2011 10:22:21 AM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

 CT Corporation

1200 S. Pine Island Road
Plantation, FL 33324

954 473 5503 tel
www.ctlegalsolutions.com



February 07, 2011

**FILED IN OFFICE**

**FEB 14 2011**

Clifton C. Mosteller
Burr & Forman LLP
420 North 20th Street,
3400 Wachovia Tower,
Birmingham, AL 35203

**ANNE-MARIE ADAMS**
**Clerk**

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: BP, PLC

Case No. CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice of Electronic Filing, Order which we received regarding the above captioned matter.

BP, PLC is not listed on our records or on the records of the State of FL.

T 004
Very truly yours,

Lyndell McBride
Process Specialist

Log# 517994448

FedEx Tracking# 796734298902

cc: Jefferson County Circuit Court, Alabama, Birmingham Division
10th Judicial Circuit of Alabama,
330 Jefferson County Courthouse,
Birmingham, AL 35203

 **CT Corporation**

2 North Jackson Street
Suite 605
Montgomery, AL 35104

800 592 9023 tel
www.ctlegalsolutions.com

 *COPY*

February 14, 2011

Robert S. Vance, Jr.
330 Jefferson County Courthouse,
Birmingham, AL 35203

Re: Synovus Bank, Pltf. vs. Plash Island Resort LLC, et al., Dfts. // To: Halliburton

Case No. CV-2010-902180.00

Dear Sir/Madam:

We are herewith returning the Notice, Order which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Halliburton. In order
that we may properly process the enclosed documents(s), we must be provided with the full name of the entity
for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the
document(s) to us and we will be glad to forward it on.

Very truly yours,

Laura Payne

Laura Payne
CT Rep

Log# 518014116

FedEx Tracking# 790733908520

cc: Jefferson County Circuit Court
Jefferson Co. Courthouse Room 400,
716 Richard Arrington, Jr. Blvd North,
Birmingham, AL 35203

FILED IN OFFICE
FEB 1 5 2011
ANNE-MARIE ADAMS
Clerk



ELECTRONICALLY FILED
2/18/2011 12:41 PM
CV-2010-902180.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| SYNOVUS BANK | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No.:  CV-2010-902180** |
| | ) |
| **PLASH ISLAND RESORT,** | ) |
| **LLC, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

### ANSWER TO COMPLAINT

COMES NOW Defendant, Plash Island Resort, LLC, and for Answer

to the Plaintiff's Complaint state as follows:

This Defendant denies the allegations contained in Plaintiff's

Complaint and demands strict proof thereof.

### AFFIRMATIVE DEFENSENS

#### First Affirmative Defense

Defendant denies damages as alleged by Plaintiff in the Complaint.

#### Second Affirmative Defense

Plaintiff has failed to state a claim upon which relief may be granted.

#### Third Affirmative Defense

Plaintiff's claims are barred by applicable statutes of limitations

and/or laches.

### Fourth Affirmative Defense

Defendant pleads and otherwise reserves its rights to assert all defenses under Rule 12(b) of the Alabama Rules of Civil Procedure, including lack of jurisdiction, both as to subject matter and over the person, improper venue, insufficiency of service of process, and failure to join indispensable parties.

### Fifth Affirmative Defense

Defendant pleads the lack of consideration.

### Sixth Affirmative Defense

Plaintiff's claims are barred by the doctrines of waiver and estoppel.

### Seventh Affirmative Defense

Plaintiff failed to mitigate its damages.

### Eighth Affirmative Defense

Plaintiff failed to comply with conditions precedent prior to seeking payment or damages from this Defendant.

### Ninth Affirmative Defense

Plaintiff's conduct in this matter has obstructed and hindered this Defendant's performance.

## Tenth Affirmative Defense

Plaintiff's conduct in this matter caused the damages it now seeks to recover from this Defendant.

## Eleventh Affirmative Defense

Plaintiff failed to cooperate and instead acted inequitably in attempting to seek recovery of any funds at issue

## Twelfth Affirmative Defense

Plaintiff's claims are barred by the doctrine of unclean hands.

## Thirteenth Affirmative Defense

Plaintiff's claims are barred by the doctrines of accord and satisfaction, and by release.

## Fourteenth Affirmative Defense

This Defendant pleads intervening and superseding cause.

## Fifteenth Affirmative Defense

This Defendant preserves any rights of indemnification it may have.

## Sixteenth Affirmative Defense

Defendants adopt and incorporate any defenses not herein made which are asserted by the other defendants in this action.

## Seventeenth Affirmative Defense

Defendant reserves the right to assert any additional defenses made available through the discovery process and to amend and assert claims of its own against this Plaintiff, other defendants in this action, or non-parties.

Defendant demands a trial by struck jury.

/s/ M. Shane Lucado
M. Shane Lucado (LUC015)

Respectfully submitted,

/s/ M. Shane Lucado
M. Shane Lucado (LUC015)

Attorney for Defendant, Plash Island Resort, LLC

OF COUNSEL:

LUCADO LAW FIRM, LLC
1 Perimeter Park South
Suite 125 S
Birmingham, AL 35243
205-278-0025
205-278-0030 (fax)
slucado@lucadolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Answer has been served by efile electronic transmission on the following counsel of record on this the 18th day of February, 2011.

Joe A. Joseph, Esq.
Damon P. Denny, Esq.
Clifton C. Mosteller, Esq.
BURR & FORMAN, LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Attorneys for Plaintiff

Brian R. Walding, Esq.
Donna K. Byrd, Esq.
WALDING, INC.
505 North 20th Street
Suite 620
Birmingham, AL 35203
Attorneys for Plaintiff

R. Bruce Barze, Jr., Esq.
Amy D. Adams, Esq.
BALCH & BINGHAM, LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203
Attorneys for Donna S. Marcum

Lee R. Benton, Esq.
Amy M. Hazelton, Esq.
BENTON & CENTENO, LLP
2019 Third Avenue North
Birmingham, AL 35203

/s/ M. Shane Lucado
Of counsel