FILED
2011 Feb-23 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| SYNOVUS BANK, <br> Plaintiff, | ) <br> ) <br> ) |
| V. | ) Case No.: CV-2010-902180.00 <br> ) |
| PLASH ISLAND RESORT LLC, <br> ROTENBERRY KEITH, <br> LOCKHART LEWIS M., <br> ROWE RICHARD D. ET AL, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The plaintiff's motion to sever the third-party complaint, filed by defendant Plash Island Resort, LLC, is GRANTED. Because the third-party complaint, filed on January 17, 2011, is based on a completely different nucleus of facts, the claims and defendants named therein are misjoined in this action.

Pursuant to Rule 21 of the Alabama Rules of Civil Procedure, the Court orders that the claims of the third party complaint be severed so as to constitute a completely separate civil action. The Clerk of the Court is directed to assign a new Civil Action number to said action and confirm whether the requisite filing fees have been paid.

DONE this 3rd day of February, 2011.

/s ROBERT S. VANCE
CIRCUIT JUDGE