# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SYNOVUS BANK ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> PLASH ISLAND RESORT, LLC, et al., ) <br> ) <br> *Defendants*. ) <br> ) <br> ) | Case No.: 2:11-cv-00715-SLB |

## NOTICE OF APPEARANCE

The undersigned, Michael B. Duffy, files this notice of appearance as counsel for Defendants Anadarko Petroleum Corporation, Anadarko E&P Company, LP and MOEX Offshore 2007 LLC, without waiver of any available defenses, and hereby requests that all future pleadings, orders and correspondence be served upon him in addition to the other counsel of record in the above-styled case.

Dated: February 24, 2011

Respectfully submitted,

/s/ Michael B. Duffy
Michael B. Duffy
(mduffy@babc.com)
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

ATTORNEY FOR ANADARKO PETROLEUM CORPORATION, ANADARKO E&P COMPANY, LP and MOEX OFFSHORE 2007, LLC

OF COUNSEL
Sid Trant
(strant@babc.com)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

James J. Dragna
(Jim.Dragna@bingham.com)
BINGHAM MCCUTCHEN
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
(Ky.Kirby@bingham.com)
Michael B. Wigmore
(Michael.Wigmore@bingham.com)
Warren Anthony Fitch
(Tony.Fitch@bingham.com)
BINGHAM MCCUTCHEN
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

                                                  /s/ Sid J. Trant