# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SYNOVUS BANK<br><br>*Plaintiff*,<br><br>v.<br><br>PLASH ISLAND RESORT, LLC, et al.,<br><br>*Defendants*. | Case No.: 2:11-cv-00715-SLB |

## CORPORATE DISCLOSURE STATEMENTS OF DEFENDANTS ANADARKO PETROLEUM CORPORATION AND <u>ANADARKO E&P COMPANY, LP</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, counsel for defendants Anadarko Petroleum Corporation and Anadarko E&P Company, LP provide the following information:

Anadarko Petroleum Corporation is a publicly-traded company. There is no entity that owns ten percent or more of Anadarko Petroleum Corporation's stock.

Anadarko E&P Company, LP is a wholly owned subsidiary of Anadarko Petroleum Corporation.

Dated: February 24, 2011

        Respectfully submitted,

        /s/ Sid J. Trant
        Sid J. Trant
        (strant@babc.com

        One of the Attorneys for Defendants
        Anadarko Petroleum Corporation and
        Anadarko E&P Company LP

OF COUNSEL
Michael B. Duffy
(mduffy@babc.com)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

James J. Dragna
(Jim.Dragna@bingham.com)
BINGHAM MCCUTCHEN
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
(Ky.Kirby@bingham.com)
Michael B. Wigmore
(Michael.Wigmore@bingham.com)
Warren Anthony Fitch
(Tony.Fitch@bingham.com)
BINGHAM MCCUTCHEN
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.

                                                          /s/ Sid J. Trant
                                                          OF COUNSEL