# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| SYNOVUS BANK, <br> *Plaintiff*, <br> v. <br> PLASH ISLAND RESORT, LLC, et al., <br> *Defendants*. | ) ) ) ) ) ) Case No.: 2:11-cv-00715-SLB ) ) ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## MOEX OFFSHORE 2007 LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, counsel for defendant MOEX Offshore 2007 LLC provides the following information:

One hundred percent (100%) of MOEX Offshore 2007 LLC's membership interests are owned by MOEX USA Corporation.  One hundred percent (100%) of MOEX USA Corporation's shares are, in turn, owned by Mitsui Oil Exploration Co., Ltd.  Sixty nine and ninety-one hundredths percent (69.91%) of Mitsui Oil Exploration Co., Ltd.'s shares are owned by Mitsui & Co., Ltd.  Mitsui & Co.,

Ltd.'s shares are publicly-traded in Japan and its American Depositary Receipts are publicly-traded in the United States.

Dated: February 24, 2011

                                              Respectfully submitted,

/s/ Sid J. Trant
Sid J. Trant
strant@babc.com

One of the Attorneys for Defendant
MOEX Offshore 2007, LLC

OF COUNSEL

Michael B. Duffy
(mduffy@babc.com)
Bradley Arant Boult Cummings llp
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

James J. Dragna
(Jim.Dragna@bingham.com)
Bingham McCutchen
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
(Ky.Kirby@bingham.com)
Michael B. Wigmore
(Michael.Wigmore@bingham.com)
Warren Anthony Fitch
(Tony.Fitch@bingham.com)
Bingham McCutchen
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties.


                                          /s/ Sid J. Trant
                                          OF COUNSEL