# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| PLASH ISLAND RESORT, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-cv-00715-SLB |
| | ) |
| BP P.L.C.; *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.4 of the Northern District of Alabama, the undersigned counsel for Defendants BP Products North America Inc., BP America Inc., BP America Production Company Inc., and BP Exploration & Production Inc. certifies that the following are parents, subsidiaries, and/or affiliates of said parties that have issued shares or debts to the public:

BP America Production Company Inc. and BP Exploration & Production Inc. are indirectly owned by BP p.l.c.  Shares of BP p.l.c. are traded via American Depository Shares on the New York Stock Exchange and via ordinary shares on the London Stock Exchange.  One hundred percent (100%) of BP Products North America Inc.'s stock is indirectly owned by BP America Inc. BP America Inc. is

wholly-owned by BP Holdings North America Limited, which is in turn 100% wholly-owned by BP p.l.c.

        s/ *William H. Brooks*
John M. Johnson
William H. Brooks
Marchello D. Gray
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama  35203
Tel: (205) 581-0700
Fax: (205) 581-0799
JJohnson@lightfootlaw.com
WBrooks@lightfootlaw.com
MGray@lightfootlaw.com

Attorneys for Defendants
BP Products North America Inc., BP America Production Company Inc., BP America Inc. and BP Exploration & Production Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of February, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all parties..

                                                   s/ *William H. Brooks*
                                                   Of Counsel