FILED

2011 Feb-28  PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| PLASH ISLAND RESORT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:11-cv-00715-SLB |
| | ) | |
| BP, PLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Comes now RUSSELL C. BUFFKIN of the firm Helmsing, Leach, Herlong, Newman & Rouse, PC and hereby appears as additional counsel of record for Defendant, Halliburton Energy Services, Inc. in the referenced matter.

Respectfully submitted this 28th day of February, 2011.

**GODWIN RONQUILLO PC**

DONALD E. GODWIN (GODWD 5022)
(*pro hac vice pending*)
Email dgodwin@godwinronquillo.com
BRUCE W. BOWMAN, JR. (*pro hac vice pending*)
Email  bbowman@godwinronquillo.com
JENNY L. MARTINEZ (*pro hac vice*)
Email  jmartinez@godwinronquillo.com
FLOYD R. HARTLEY, JR. (*pro hac vice pending*)
Email  fhartley@godwinronquillo.com
GAVIN E. HILL (*pro hac vice pending*)
Email  ghill@godwinronquillo.com

1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

R. ALAN YORK (*pro hac vice pending*)
Email  ayork@godwinronquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594


and


**s/ Russell C. Buffkin**
JOHN N. LEACH  (LEACJ2634)
Email  jnl@helmsinglaw.com
JOSEPH P. H. BABINGTON  (BABIJ7938)
Email  jpb@helmsinglaw.com
RUSSELL C. BUFFKIN  (BUFFR6510)
Email  rcb@helmsinglaw.com
**HELMSING, LEACH, HERLONG, NEWMAN
& ROUSE, P.C.**
Post Office Box 2767
Mobile AL 36652
Telephone:  251.432.5521
Facsimile:  251.432.0633


**ATTORNEYS FOR THIRD PARTY DEFENDANT,
HALLIBURTON ENERGY SERVICES, INC.**

282634

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of February, 2011, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

*Counsel  for Plaintiff, Plash Resort Island, LLC*
M. Shane Lucado, Esquire
Lucado Law Firm
One Perimeter Park South
Suite 125 S
Birmingham, AL  35243

*Counsel for Anadarko Petroleum Corporation, Anadarko E&P Company LP and Moex Offshore 2007 LLC*
Sid J. Trant, Esquire
R. Thomas Warburton, Esquire
Michael B. Duffy, Esquire
BRADLEY ARANT BOULT CUMMINGS
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2104

*Counsel for BP, PLC, BP America, Inc., BP Products North America, Inc., BP America Production Company, and BP Exploration and Production, Inc.*
John M. Johnson, Esquire
William H. Brooks, Esquire
Adam K. Peck, Esquire
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 North 20th Street
Birmingham, AL 35203

Richard C. Godfrey, Esquire
John T. Hickey, Jr., Esquire
J. Andrew Langan, Esquire
KIRKLAND & ELLIS, LLP
300 N. LaSalle
Chicago, IL 60654

***Counsel for Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings, LLC and Triton Asset Leasing GMBH***
Blane H. Crutchfield, Esquire
Douglas L. McCoy, Esquire
HAND ARENDALL LLC
Post Office Box 123
Mobile, AL 36601

***Counsel for Cameron International Corporation f/k/a Cooper Cameron Corporation***
Randal H. Sellers, Esquire
M. Warren Butler, Esquire
Bryan G. Hale, Esquire
STARNES DAVIS FLORIE
100 Brookwood Place, 7th Floor
Birmingham, AL 35209

**s/ Russell C. Buffkin**
Of counsel