FILED
2011 Mar-01 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SYNOVUS BANK,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     **2:11-cv-00715-SLB** |
| | )   ***JURY TRIAL REQUESTED*** |
| **PLASH ISLAND RESORT, LLC, KEITH ROTENBERRY; LEWIS M. LOCKHART; RICHARD D. ROWE; NIOLAOS MANKIDES; RICKEY L. LOCKHARD; WILLIAM R. IVEY; MICHAEL W. McCAIN; CHRISTOPHER ANDREW YARBOROUGH; ESTATE OF GARY L. MARCRUM, SR.; DONA S. MARCRUM, ADMINISTRATOR; and MARCRUM DEVELOPMENT, LLC,** | ) |
|     Defendants. | ) |

| | |
|---|---|
| **PLASH ISLAND RESORT, LLC,** | ) |
|     Defendant/Third Party Plaintiff, | ) |
| v. | ) |
| **BP P.L.C.; BP AMERICA INC.; BP PRODUCTS NORTH AMERICA INC.; BP AMERICA PRODUCTION COMPANY; BP EXPLORATION & PRODUCTION INC.; ANADARKO PETROLEUM CORPORATION; ANADARKO E&P COMPANY, LP; MOEX OFFSHORE 2007, LLC; TRANSOCEAN LTD.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN HOLDINGS, LLC; TRITON ASSET LEASING GMBH; HALLIBURTON ENERGY SERVIES, INC.; M-I, LLC; DRIL-QUIP, INC.; CAMERON INTERNATIONAL CORPORATION *F/K/A* COOPER CAMERON CORPORATION; JOHN AND JANE DOES A-Z; and CORPORATIONS A-Z** | ) |
|     **Third Party Defendants** | |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT DRIL-QUIP, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification and recusal, counsel for defendant Dril-Quip, Inc. provides the following information:

Dril-Quip, Inc. is a publicly-traded company. No public company owns more than 10% of Dril-Quip, Inc.'s outstanding stock. Dril-Quip, Inc. does not have a parent corporation.

Respectfully Submitted,

/s/ Neal D. Moore, III_____
Neal D. Moore, III
Larry Young, Jr.
*Attorneys for Third Party Defendant, Dril-Quip, Inc.*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served on all counsel of record, according to the Federal Rules of Civil Procedure, this 1st day of March, 2011, addressed as follows:

M. Shane Lucado
Lucado Law Firm LLC
One Perimeter Park South, Suite 125 S
Birmingham, Al. 35243
Fax No. (205) 278-0030

*Attorney for Third-Party Plaintiff*

John M. Johnson, Esq.
Adam K. Peck, Esq.
William H. Brooks, Esq.
Marchello D. Gray, Esq.
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 North 20th Street
Birmingham, Alabama 35203

Richard C. Godfrey, Esq.
James Andrew Langan, Esq.
Kristopher Ritter, Esp.
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, Illinois 60654

Jeffrey Clark
Aditya Bamzai
KIRKLAND & ELLIS, LLP
655 Fifteenth St., N.W.
Washington, DC 20005-5793

*Attorneys for BP, PLC, BP America, Inc.,*
*BP Exploration & Production, Inc., BP*
*America Production Company, and BP*
*Products North America, Inc.*

Joel M. Kuehnert, Esq.
Sid J. Trant, Esq.
R. Thomas Warburton, Esq.
BRADLEY, ARANT, BOULT,
 CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

James J. Dragna, Esq.
BINGHAM MCCUTCHEN
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106

Ky E. Kirby, Esq.
Michael B. Wigmore, Esq.
Warrant Anthony Fitch, Esq.
BINGHAM MCCUTCHEN
2020 K Street, NW
Washington, DC 2006-1806

*Attorneys for Anadarko Petroleum Corporation,
Anadarko E&P Company, LP, MOEX Offshore
2007 LLC, and MOEX USA Corporation*

Blane H. Crutchfield, Esq.
Douglas L. McCoy, Esq.
HAND ARENDALL, LLC
Post Office Box 123
Mobile, Alabama 36601

*Attorneys for Transocean Offshore Deepwater
Drilling, Inc., Transocean Deepwater Inc., Transocean
Holdings, LLC and Triton Asset Leasing GMBH*

Hugh E. Tanner
MORGAN, LEWIS & BOCKIUS, L.L.P.
1000 Louisiana
Suite 4000
Houston, Texas 77002-5007

*Attorneys for M-I, LLC*

        /s/ Neal D. Moore, III
        OF COUNSEL